UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RICHARD GRUNDY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00072-JMS-MKK |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**Order Directing Filing of Amended Motion to Vacate, Set Aside, or Correct Sentence**

Petitioner Richard Grundy filed a Motion under 28 U.S.C. § 2255. The Motion raises two grounds for relief: 1) denial of Sixth Amendment right to effective assistance of counsel; and 2) violation of due process. Dkt. 1 at 4-5. There are no facts supporting either ground for relief, instead the Motion states that a memorandum is forthcoming. This Motion fails to comply with Rule 2(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts. Specifically, Rule2(b)(2) provides that the motion must "state the facts supporting each ground."

In *Kafo v. United States*, 467 F.3d 1063 (7th Cir. 2006), the Seventh Circuit considered the Advisory Committee Notes accompanying the 2004 amendments to Rule 2 and concluded that a defective motion should be accepted by the clerk and the moving party should be required to submit a corrected motion that conforms to Rule 2(b). *Id.* at 1069–70. That is the case here. Mr. Grundy shall have **through February 21, 2023**, in which to file an Amended § 2255 Motion stating the facts supporting his two claims for relief. Failure to do so will result in the dismissal of this action. *See* Rule 4(b) of the Rules Governing Section 2255 Proceedings.

SO ORDERED.

Date: 1/20/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

RICHARD GRUNDY
16014-028
BIG SANDY - USP
BIG SANDY U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 2068
INEZ, KY 41224