# UNITED STATES DISTRICT COURT
## Southern District of Indiana

| | | |
|---|---|---|
| RICHARD GRUNDY | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:23–cv–00072–JMS–MKK |
| | ) | |
| USA | ) | |
| Defendant(s) | ) | |

## ORDER OF RECUSAL/DISQUALIFICATION

In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

IT IS SO ORDERED.

DATE: March 1, 2023      /s/ Magistrate Judge M. Kendra Klump
United States District Court
Southern District of Indiana