UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD GRUNDY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:23-cv-00072-JMS-TAB |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**Order to Show Cause**

1.   The **clerk shall forward** a copy of this Order to the United States Attorney for this District. The United States is **notified** of the filing of the petitioner's amended motion for relief pursuant to 28 U.S.C. § 2255. *See* dkt. 3.

2.   The United States shall have **until May 1, 2023,** in which to answer the allegations of the motion for relief pursuant to 28 U.S.C. § 2255, and the petitioner shall have **twenty-eight (28) calendar days** after service of the answer in which to reply.

3.   If the United States' answer refers to briefs, filings, or transcripts of the prior proceedings that are not available in the Court's electronic records, the United States is directed to furnish them along with its answer. *See* Rule 5(c) of the Rules Governing Section 2255 Proceedings. Any motion for an extension of time to file an answer should include a statement notifying the Court whether and when a request for production of transcripts has been made to the court reporter.

**IT IS SO ORDERED.**

Date: 3/2/2023

*[Signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

RICHARD GRUNDY
16014-028
BIG SANDY - USP
BIG SANDY U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 2068
INEZ, KY 41224

Office of the United States Attorney by Electronic Service